IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 3:10-cr-00282-1 |
| v. | ) | |
| | ) | Judge Nixon |
| KENNETH DAMOND KNIGHT | ) | |

## ORDER

Pending before the Court is Defendant Kenneth Damond Knight's Unopposed Motion to Continue Revocation Hearing ("Motion"), in which Mr. Knight requests the Court continue his revocation hearing until after the resolution of a pending case in state court with a hearing currently scheduled for December 5, 2014. (Doc. No. 45.) Accordingly, the Motion is **GRANTED**, and Mr. Knight's revocation hearing is **CONTINUED** to **Thursday, January 15, 2015, at 10:00 am.**

It is so ORDERED.

Entered this the 28th day of October, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT